IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH VIGIL,

    Petitioner,

v.                                                         No. 22-cv-0026 MV-KK

RONALD MARTINEZ and
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

## ORDER GRANTING EXTENSION

This matter is before the Court on Petitioner's Motion to Extend Deadline (Doc. 8) (Motion). The Court previously fixed a deadline of March 13, 2023, for Petitioner to file a show-cause response addressing the timeliness of his 28 U.S.C. § 2254 petition. He initially filed a response on March 10, 2023. *See* Doc. 7. It appears Petitioner now seeks an unspecified extension of time to file an amended show-cause response, citing a temporary loss of property. The Court finds good cause to grant the Motion and will extend the response deadline through May 5, 2023. Any amended response will supersede the original response (Doc. 7). If Petitioner declines to timely file an amended response, the Court will use the original response (Doc. 7) to analyze the time-bar.

**IT IS ORDERED** that Petitioner's Motion to Extend Deadline (**Doc. 8**) is **GRANTED**; and the deadline to file an amended show-cause response is extended through **May 5, 2023**.

*/s/ Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE